# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Zumbrota Livestock Auction Market

Case No. Civil 00-1472JRT/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Community Savings Bank

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant's motion to dismiss or transfer is **GRANTED** and plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

DATE: December 7, 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk